UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

**MARCUS INGRAM, Individually,** :
:
      **Plaintiff,** :
:
v. : Case No. 1:22-cv-1657-WMR
:
**SHREE BHOLE NATH, LLC** :
**A Limited Liability Company** :
:
      **Defendant.** :
_____

## ORDER AND DEFAULT JUDGMENT

The Court, having reviewed Plaintiff's Motion for Default Judgement [DE 7], and having no response from Defendant, **IT IS HEREBY ORDERED** that Plaintiff's Motion For Entry Of Judgment After Default is **GRANTED**.

**IT IS FURTHER ORDERED** that Judgment by default pursuant Fed. R. Civ. P. 55(b) is entered in favor of Plaintiff Marcus Ingram against Defendant Shree Bhole Nath, LLC. Plaintiff is awarded the following relief:

1. Plaintiff shall recover from Defendant a total of $11,816.50, consisting of:

    a. Attorney fees in the amount of $9.720.00 for 24.3 hours of work at an hourly rate of $400.00 per hour;

1

  b. Paralegal fees in the amount of $287.50 for 2.5 hours of work at an hourly rate of $115.00;

  c. Costs of $1,809.00 which includes expert fees and filing fees.

2. The Court finds the aforementioned hourly fees are a reasonable hourly rate for an experienced ADA attorney, and that the hours incurred in this matter were reasonable and necessary.

3. Within **twelve (12) months** of the date of this Order and Default Judgment, Defendant shall commence and complete removal of the architectural barriers on the property operated as Master's Inn, at 3092 Presidential Parkway, Doraville, in order to make said property compliant with the ADA.

4. Plaintiff may apply for additional relief, as needed, to enforce the relief granted herein.

Dated: November 9, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE